IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v. § | Criminal No. **3:19-CR-160-L (05)** |
| § | |
| **LAMARCUS JERMAINE PARRISH** § | |

# ORDER

On March 26, 2021, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 160) ("Report"), recommending that the court deny Defendant's Motion for Release on Personal Recognizance ("Motion") (Doc. 154), filed March 5, 2021, in which he moves for immediate release from detention on his own recognizance.   Defendant did not file objections to the Report.

Having considered the Motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.   Accordingly, the court **denies** Defendant's Motion. (Doc. 154).   In addition to the reasons discussed in the Report for denying the Motion, the court also notes that the stated basis for the Motion—Defendant's contention that "he cannot be detained for an unreasonable amount of time while awaiting his trial date"—was mooted by his subsequent decision to plead guilty, pursuant to a Plea Agreement, to Count 15 of the second superseding indictment after issuance of the magistrate judge's Report. As a result, his sentencing is now scheduled for December 20, 2021. Further, according to the Plea Agreement, the offense to which he pleaded guilty carries a mandatory prison term of not less than seven years.

**Order – Page  1**

**It is so ordered** this 3rd day of September, 2021.

Sam A. Lindsay
United States District Judge

**Order – Page 2**